1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL COHEN and DAVID COHEN, derivatively on behalf of WORKHORSE GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> DUANE HUGHES, STEVE SCHRADER, ROBERT WILLISON, RAYMOND J. CHESS, H. BENJAMIN SAMUELS, GERALD B. BUDDE, HARRY DEMOTT, MICHAEL L. CLARK, JACQUELINE A. DEDO, AND PAMELA S. MADER, <br><br> Defendants, <br><br> WORKHORSE GROUP, INC., a Nevada Corporation, <br><br> Nominal Defendant. | Case No.: 2:21-cv-08734-CJC-PVC <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> *Assigned for all purposes to:* <br> *USDC Judge: Cormac J. Carney* <br> *Mag. Judge: Hon. Pedro V. Castillo* |

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

The Court, having considered the parties' Joint Stipulation, Settlement and Order and Final Judgement in the Nevada State Court Action, and pursuant to the terms of the Settlement Agreement, HEREBY ORDERS that the above captioned Action is dismissed with prejudice, with each side to bear its own costs.

**IT IS SO ORDERED.**

Dated: June 28, 2023

Hon. Cormac J. Carney
United States District Judge